# DECEDENT'S ESTATE

## COURT OF COMMON PLEAS OF

## ORPHANS' COURT DIVISION

ESTATE OF_____, DECEASED

No._____

## PETITION FOR ADJUDICATION /
## STATEMENT OF PROPOSED DISTRIBUTION
## PURSUANT TO Pa. O.C. Rule 2.4

*This form shall be used in all cases involving the Audit or Confirmation of the Account of a Decedent's Estate. If space is insufficient, riders may be attached. Attach the papers required under items 1, 2, 4, 8, 10, 16-19, as applicable, and any instrument pertinent to the adjudication.*

## *INCLUDE ATTACHMENTS AT THE BACK OF THIS FORM.*

Name of Counsel:_____

Supreme Court I.D. No.: _____

Name of Law Firm: _____

Address: _____

_____

Telephone: _____

Fax: _____

Email: _____

Estate of _____ , Deceased

1. Name(s) and address(es) of Petitioner(s):

    Petitioner:                          Petitioner:

*Name:*_____      _____

*Address:*_____      _____

_____      _____

Identify any Executors or Administrators who have not joined in the Petition for Adjudication/Statement of Proposed Distribution and/or the Account and state reason:

Is this the first accounting for this estate? . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☐ No
    If not, identify prior accountings, the accounting periods covered, and the dates of adjudication of the prior accountings.

Pursuant to 20 Pa.C.S. § 3501.2, if property from a trustee, guardian, or agent acting under a power of attorney is being received into the estate, an Account of the administration of such trust, guardianship, or principal's estate may be annexed to the Estate Account. Is any such Account annexed to this Estate Account? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☐ No

If so, the annexed Account and the appropriate fully completed Petition for Adjudication/Statement of Proposed Distribution for the annexed matter should be filed as Exhibits to this Petition.

2. Decedent died on _____ .

    ☐ Letters Testamentary *or* ☐ Letters of Administration were granted to Petitioner(s) on

    _____

    Date of Will *(if applicable):* _____

    Date(s) of Codicil(s) *(if applicable):* _____

    Date of probate *(if different from date Letters granted):* _____

    Was a bond required? ☐ Yes ☐ No If yes, state amount: _____
    Are proofs of advertising of the grant of Letters attached? . . . ☐ Yes ☐ No
    Dates of advertising of the grant of Letters:

Estate of _____, Deceased

3. Was decedent survived by a spouse? . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes  ☐ No

   If yes, name of the surviving spouse: _____

4. Has the surviving spouse filed to take an elective share? . . ☐ Yes ☐ No ☐ N/A
   *(see 20 Pa.C.S. §§ 2201 et seq.)*

   If yes, attach a copy of the election and state date of election: _____

5. In the case of an intestacy, state the names of the decedent's surviving children or surviving issue of deceased children *(if none, so state)*:

6. Did decedent marry after execution of Will or Codicil(s)? . . . . . . . . ☐ Yes ☐ No ☐ N/A

   Were any children born to decedent after execution of
   Will or Codicil(s)? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☐ No ☐ N/A

   If yes, give names and dates of birth:

   *Name:*                                    *Date of Birth:*

   _____            _____

   _____            _____

   _____            _____

7. Was a request for a statement of claim, as required by the Medical Assistance Estate Recovery Act, 62 P.S. § 1412, sent to the Department of Human Services? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☐ No ☐ N/A

Estate of _____ , Deceased

8. Written notice of the Account's filing as required by Pa. O.C. Rule 2.5 has been or will be given to all interested parties listed in item 9 below, all unpaid creditors and all claimants listed in item 10 below. In addition, notice of any questions requiring adjudication as discussed in item 15 below has been or will be given to all persons affected thereby. If one of the beneficiaries is a trust or another estate and any of the accountants is also a fiduciary of the receiving trust or estate, provide written notice of the Account's filing to the beneficiaries of the trust or receiving estate, as applicable, if known.

  A. If Notice has been given, attach a copy of the Notice as well as a list of the names and addresses of the parties receiving such Notice.

  B. If Notice is yet to be given, a copy of the Notice as well as a list of the names and addresses of the parties receiving such Notice shall be submitted at the Audit or filed before the date of the last day for filing objections in counties without separate Orphans' Court Divisions together with a statement executed by a Petitioner or counsel certifying that such Notice has been given.

  C. If any such interested person is not *sui juris* (*e.g.*, minors or incapacitated persons), Notice has been or will be given to the appropriate representative on such party's behalf as required by Pa. O.C. Rule 4.2.

  D. If any charitable interest is involved, Notice has been or will also be given to the Attorney General as required under Pa. O.C. Rule 4.4. In addition, the Attorney General's clearance certificate (or proof of service of Notice and a copy of such Notice) must be submitted herewith or at the Audit or filed before the date of the last day for filing objections in counties without separate Orphans' Court Divisions.

9. List all parties (charitable and non-charitable) of whom Petitioner(s) has/have notice or knowledge, having or claiming any interest in the estate as beneficiaries under the Will (if beneficiary is a trust, name the trust and trustee as the Interested Party) or Codicil(s) or as interstate heirs if there is a complete or partial intestacy. This list Shall:

  A. State each party's relationship to the decedent and the nature of each party's interest(s):

| Name and Address of Each Interested Party | Relationship and Comments, if any | Interest |
|---|---|---|
|  |  |  |
|  |  |  |

Estate of _____, Deceased

| Name and Address of Each Interested Party | Relationship and Comments, if any | Interest |
|---|---|---|
|  |  |  |
|  |  |  |

B. Identify each party who is not *sui juris* (*e.g.*, minors or incapacitated persons). For each such party, give date of birth, the name of each Guardian and how each Guardian was appointed. If no Guardian has been appointed, identify the next of kin of such party, giving the name, address, and relationship of each.

C. State why a Petition for Guardian/Trustee *Ad Litem* has or has not been filed *(see Pa. O.C. Rule 5.5)*.

Estate of _____, Deceased

    D. If distribution is to be made to the personal representative of a deceased party, state date of death, date and place of grant of Letters and type of Letters granted.

10. Other than the claim for the family exemption, list the names of all known claimants and the amount of their claims and state whether each claim is admitted.

| Name and Address of Each Claimant | Amount of Claim | Claim Admitted? | Will Claim Be Paid In Full? |
|---|---|---|---|
|  |  | ☐ Yes ☐ No | ☐ Yes ☐ No |
|  |  | ☐ Yes ☐ No | ☐ Yes ☐ No |
|  |  | ☐ Yes ☐ No | ☐ Yes ☐ No |
|  |  | ☐ Yes ☐ No | ☐ Yes ☐ No |

If the estate is insolvent, attach a schedule setting forth the order of preference under 20 Pa.C.S. § 3392 and the proposed payments.

Estate of_____ , Deceased

11. Was family exemption claimed? ............................................□Yes □No

    Was family exemption allowed? ............................................ □Yes □No

    Family exemption claimant's name and relationship:

    *Name:*  _____  *Relationship:*_____

12. The amount of Pennsylvania Transfer Inheritance Tax paid, the date(s) of payment(s), and the interest(s) upon which paid, are as follows:

    | *Date* | *Payment* | *Interest* |
    | --- | --- | --- |
    | _____ | _____ | _____ |
    | _____ | _____ | _____ |
    | _____ | _____ | _____ |

13. On the date of death, was the decedent a fiduciary (personal representative, trustee, guardian, agent under power of attorney) or surety on the bond of a fiduciary? ..............□Yes □No

    If yes, provide the name of the estate, indicate whether an Account has been filed and confirmed and all awards performed, or, in the alternative, how the decedent's estate will be discharged for the decedent's fiduciary administration of the estate.

Estate of _____ , Deceased

14. On the date of death, was the decedent a party (as a
plaintiff or defendant) in any litigation? . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☐ No

   If yes, provide the caption of the litigation, docket number, where the
   matter is currently pending, and its status.

15. A. Describe in detail any questions requiring adjudication and state the position of the
   Petitioner(s) as to each question:

   B. Has notice of the question requiring adjudication been given
   to the parties identified in Paragraph 9 above? . . . . . . . . . ☐ Yes   ☐ No

16. If Petitioner(s) has/have knowledge that a share has been assigned, renounced,
   disclaimed, or attached, provide a copy of the assignment, renunciation, disclaimer, or
   attachment, together with any relevant supporting documentation and list the attached
   documents below.

Estate of _____, Deceased

17. Had the decedent been adjudicated an incapacitated person? ☐ Yes ☐ No
    If yes, attach a copy of the Order if available; otherwise state the Court,
    docket number, date, and name of Hearing Judge.

18. A. List or attach a separate list of additional receipts and disbursements since the closing
    date of the Account.

    B. Has notice of the additional receipts and disbursements been
    given to the parties identified in Paragraph 9 above? . . . . . ☐ Yes ☐ No

19. If a reserve is requested, state amount and purpose.

    Amount: _____

    Purpose:

    If a reserve is requested for counsel fees, has notice of the
    amount of fees to be paid from the reserve been given to the
    interested parties ? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☐ No
    If so, attach a copy of the notice.

Estate of _____ , Deceased

20. If prescribed by local rule as permitted by Pa. O.C. Rule 2.9, is the
Court being asked to direct the filing of a Schedule of Distribution?. . .☐Yes ☐No

As to real estate only? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐Yes ☐No

Wherefore, your Petitioner(s) ask(s) that distribution be awarded to the parties entitled and suggest(s) that the distributive shares of income and principal (residuary shares being stated in proportions, not amounts) are as follows:

A. Income:

*Proposed Distributee(s)*                                    *Amount/Proportion*

_____          _____

_____          _____

_____          _____

B. Principal:

*Proposed Distributee(s)*                                    *Amount/Proportion*

_____          _____

_____          _____

_____          _____

Submitted By:
*(**All** petitioners **must** sign. Place additional signatures on attachment if necessary):*

**Corporate Fiduciary (if applicable)**

_____
Name of Corporate Fiduciary

_____
Name of Representative and Title

_____
Signature of Officer/Representative

_____
Name of Petitioner

_____
Signature of Petitioner

_____
Name of Petitioner

_____
Signature of Petitioner

Estate of _____ , Deceased

(Verification must be by **at least one** petitioner.)

### Verification for Individual Petitioner

The undersigned hereby verifies that the averment of facts set forth in the foregoing Petition for Adjudication/Statement of Proposed Distribution which are within the personal knowledge of the Petitioner are true, and as to facts based on the information of others, the Petitioner, after diligent inquiry, believes them to be true; and that any false statements herein are made subject to the penalties of 18 Pa.C.S. § 4904 (relating to unsworn falsification to authorities).

_____         _____
Date                                                    Signature of Petitioner

### Verification for Corporate Petitioner

The undersigned hereby verifies that *he/she* _____ is *title* _____ of the above-named *name of corporation* _____ and that the averment of facts set forth in the foregoing Petition for Adjudication/ Statement of Proposed Distribution which are within the personal knowledge of the Petitioner are true, and as to facts based on the information of others, the Petitioner, after diligent inquiry, believes them to be true; and that any false statements herein are made subject to the penalties of 18 Pa.C.S. § 4904 (relating to unsworn falsification to authorities).

_____         _____
Date                                                    Signature of Representative for Corporate Petitioner

### Certification of Counsel

The undersigned counsel hereby certifies that the foregoing Petition for Adjudication/ Statement of Proposed Distribution is a true and accurate reproduction of the form Petition authorized by the Supreme Court, and that no changes to the form have been made beyond the responses herein.

_____         _____
Date                                                    Signature of Counsel for Petitioner

# TRUST

## COURT OF COMMON PLEAS OF

## ORPHANS' COURT DIVISION

NAME OF TRUST

*(TRUST UNDER WILL OF*_____

*or*

*TRUST UNDER DEED OF* _____

*DATED* _____ *)*

No. _____

## PETITION FOR ADJUDICATION /
## STATEMENT OF PROPOSED DISTRIBUTION
## PURSUANT TO Pa. O.C. Rule 2.4

*This form shall be used in all cases involving the Audit or Confirmation of Trust Accounts. If space is insufficient, riders may be attached. Attach the papers required under items 2, 4, 15-19, as applicable, and any instrument pertinent to the adjudication.*

## *INCLUDE ATTACHMENTS AT THE BACK OF THIS FORM.*

Name of Counsel: _____

Supreme Court I.D. No.: _____

Name of Law Firm: _____

Address: _____

_____

Telephone:_____

Fax: _____

Email: _____

Name of Trust: _____

1. Name(s) and address(es) of Petitioner(s):

      Petitioner:                  Petitioner:

*Name:*   _____  _____

*Address:*   _____  _____

              _____  _____

Identify any Trustees who have not joined in the Petition for Adjudication/Statement of Proposed Distribution and/or the Account and state reason:




2. Pursuant to 20 Pa.C.S. § 7799.1, if property from a personal representative or a trustee of another trust is being received by this Trust, an Account of the administration of such estate or trust may be annexed to the Trust Account. Is any such Account annexed to this Trust Account? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☐ No

If so, the annexed Account and the appropriate fully completed Petition for Adjudication/ Statement of Proposed Distribution for the annexed matter should be filed as Exhibits to this Petition.

3. Check if any of the following issues are involved in this case:

    A. Appointment of Trustee . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐

    B. Interpretation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐

    C. Discharge of Trustee . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐

    D. Transfer of Situs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐

    E. Appointment of *Ad Litem.* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐

    F. Minor, Unborn or Unascertained Beneficiary(ies) . . . . . . . . . . . . . . . . . ☐

    G. Principal Distribution . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐

    H. Partial/Full Termination of Trust . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐

    I. Missing Beneficiary(ies) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐

    J. *Cy Pres* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐

    K. Other Issues . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐
       List:

Name of Trust: _____

**Please note:**
**A detailed explanation of issues checked should be set forth at item 14 below.**

4. **Testamentary Trust:**

    Decedents' date of death: _____

    Date of Decedents' Will: _____

    Date(s) of Codicil(s): _____

    Date of probate: _____

    Judicial District or County where Letters were
    issued: *or*

***Inter Vivos* Trust:**

    Date of Trust: _____

    Date(s) of Amendment(s): _____

    If Settlor is deceased and letters were not issued or the personal representative did not advertise the estate, state dates when the Trustee advertised Settlor's death and attach proofs of advertising:

    Is this inter vivos trust a Special Needs Trust established under
    42 U.S.C. § 1396p(d)(4)? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☐ No

5. Explain why venue is proper before this Court *(see 20 Pa.C.S. § 7714)*, and why the Trust's situs is located in this judicial district or county *(see 20 Pa.C.S. § 7708)*.

6. A. If any other Court has taken jurisdiction of any matter relating to this Trust, explain:

    B. Is this the first accounting of this Trust? . . . . . . . . . . . . . . . . . . ☐ Yes ☐ No

Name of Trust: _____

    C. If not, identify prior accountings, the accounting periods covered, and the dates of adjudication of the prior accountings.

7. A. State how each Trustee was appointed:

    B If a Petitioner is not a Trustee (*e.g.*, executor or administrator of deceased trustee, agent, or guardian of an incapacitated trustee), explain:

8. State how and when the present fund was awarded to Trustee(s):

9. Period covered by this Account: _____ to _____.

10. Current fair market value of the Trust principal is $_____
    (*see page* _____ *of Account.*)

11. State concisely the dispositive provisions of the Trust:

Name of Trust: _____

    12. Explain the reason for filing this Account (if filed because of the death of a party, state name of person, relationship to Trust, and date of death):

    13. A.  State the amount of Pennsylvania Transfer Inheritance Tax paid (including postponed tax on remainder interests), the dates of payment and the interests upon which such amounts were paid:

| Date | Payment | Interest |
|------|---------|----------|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

    B.  If any such taxes remain unpaid or are in dispute, explain:

    14. Describe any questions requiring adjudication, state the position of Petitioner(s) as to each question, and give details of any issues identified in item 3:

    15. Written notice of the Account's filing as required by Pa. O.C. Rule 2.5 has been or will be given to all interested parties listed in item 16 below. If any person is being asked to represent the interests of another interested party (whether *sui juris* or not), the person asked to serve as a representative has been so notified and given an opportunity to decline pursuant to 20 Pa.C.S. § 7725. In addition, notice of any questions requiring adjudication as discussed in item 14 above has been or will be given to all persons affected thereby. If one of the beneficiaries is a trust or estate and any of the accountants is also a fiduciary of the receiving trust or estate, provide written notice of the Account's filing to the beneficiaries of the receiving trust or estate, as applicable, if known.

Name of Trust:_____

    A. If Notice has been given, attach a copy of the Notice as well as a list of the names and addresses of the parties receiving such notice. Unless contained in the attached Notice, attach a copy of the written notice provided to any person who is being asked to represent another or attach such person's consent to serve.

    B. If Notice is yet to be given, a copy of the Notice as well as a list of the names and addresses of the parties receiving such Notice shall be submitted at the Audit or filed before the date of the last day for filing objections in counties without separate Orphans' Court Divisions together with a statement executed by Petitioner(s) or counsel certifying that such Notice has been given. Unless contained in the Notice or previously attached, a copy of the written notice provided to any person who is being asked to represent another or such person's consent to serve shall be submitted at the Audit or filed before the date of the last day for filing objections in counties without separate Orphans' Court Divisions.

    C. If any such interested party is not *sui juris* (*e.g.*, minors or incapacitated persons), Notice has been or will be given to the appropriate representative on such party's behalf as required by Pa. O.C. Rule 4.2.

    D. If any charitable interest is involved, Notice has been or will also be given to the Attorney General as required under Pa. O.C. Rule 4.4. In addition, the Attorney General's clearance certificate (or proof of service of Notice and a copy of such Notice) must be submitted herewith or at the Audit or filed before the date of the last day for filing objections in counties without separate Orphans' Court Divisions.

    E. If the Account before the Court is a Special Needs Trust established under 42 U.S.C. § 1396p(d)(4), Notice has been or will also be given to the Pennsylvania Department of Human Services, Special Needs Trust Depository and to the applicable department of any other state that has provided the special needs beneficiary with medical care under a state medical assistance program ("Department"). In addition, the Department's letter of no objection (or proof of service of Notice and a copy of such Notice) must be submitted herewith or at the Audit or filed before the date of the last day for filing objections in counties without separate Orphans' Court Divisions.

16. List all parties of whom Petitioner(s) has/have notice or knowledge, having or claiming any interest in the Trust (if beneficiary is a trust, name the trust and trustee as the Interested Party), whether such interest is vested or contingent, charitable or non-charitable. This list shall:

    A. State each party's relationship to the Settlor/Decedent and the nature of each party's interest(s);

| Name and Address of Each Interested Party | Relationship and Comments, if any | Interest |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

Name of Trust: _____

| Name and Address of Each Interested Party | Relationship and Comments if Any | Interest |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

B. If any interested party (whether *sui juris* or not) is not receiving Notice of the filing of the Account and the Petition for Adjudication/Statement of Proposed Distribution because another individual is proposed to represent such interested party pursuant to 20 Pa.C.S. §§ 7721-7726, provide the information below for each proposed representative. If there is more than one proposed representative, attach a rider setting forth the information below for each additional proposed representative:

    (i) Name of Proposed Representative: _____ .

    Describe Proposed Representative's Interest(s) in Trust:

Name of the interested parties or description of the class of interested parties whom the person named above is to represent and describe such persons' interest in Trust:

(ii) Has any person who is proposed to be represented as identified in the question above notified a Trustee in writing that he or she objects to such representation? ................ ☐ Yes ☐ No

If yes, provide Name(s) of Person(s) objecting to being represented:

(iii) Specify the subparagraph(s) under 20 Pa. C.S. § 7723 authorizing representation:

_____

(iv) Is there any conflict of interest? .................... ☐ Yes ☐ No

If yes, explain conflict and why representation should be permitted:

Name of Trust: _____

      (v) Has Proposed Representative provided written consent? ☐ Yes ☐ No

          If no, has Proposed Representative declined in writing to

          act in the representative capacity as requested? . . . . . . ☐ Yes ☐ No

          If Proposed Representative has neither consented to act in writing nor declined in writing to act, provide date of the letter in which Proposed Representative was notified that he or she is to represent another person or class of interested parties: _____

C. Identify each party who is not *sui juris* (*e.g.*, minors or incapacitated persons). For each such party, give date of birth, the name of each Guardian, and how each Guardian was appointed. If no Guardian has been appointed, identify the next of kin of such party, giving the name, address, and relationship of each.

D. State why a Petition for Guardian/Trustee *Ad Litem* has or has not been filed *(see Pa. O.C. Rule 5.5)*.

E. If distribution is to be made to the personal representative of a deceased party, state date of death, date and place of grant of Letters, and type of Letters granted.

Name of Trust: _____

17. If Petitioner(s) has/have knowledge that a Trust share has been assigned, renounced, disclaimed, or attached, provide a copy of the assignment, renunciation, disclaimer, or attachment, together with any relevant supporting documentation and list the attached documents below.




18. If a Trustee's principal commission is claimed:

    A. If based on a written agreement, attach a copy thereof.

    B. If a principal commission is claimed, state amount.$_____

    C. If a principal commission is claimed, state the amounts and dates of any principal commissions previously paid in prior accounting periods.




19. If a reserve is requested, state amount and purpose.

*Amount:* _____

*Purpose:* _____
_____
_____
_____

If a reserve is requested for counsel fees, has notice of the amount of fees to be paid from the reserve been given to the interested parties? ................................... ☐Yes ☐No
    If so, attach a copy of the notice.

20. If prescribed by local rule as permitted by Pa. O.C. Rule 2.9, is the Court being asked to direct the filing of a Schedule of Distribution? ☐Yes ☐No

Name of Trust: _____

       Wherefore, your Petitioner(s) ask(s) that distribution be awarded to the parties entitled and suggest(s) that the distributive shares of income and principal (residuary shares being stated in proportions, not amounts) are as follows:

    A. Income:

*Proposed Distributee(s)*                       *Amount/Proportion*

_____     _____

_____     _____

_____     _____

    B. Principal:

*Proposed Distributee(s)*                       *Amount/Proportion*

_____     _____

_____     _____

_____     _____

Submitted By:
*(**All** petitioners **must** sign. Place additional signatures on attachment if necessary):*

**Corporate Fiduciary (if applicable)**

_____     _____
Name of Corporate Fiduciary                Name of Petitioner

_____     _____
Name of Representative and Title          Signature of Petitioner

_____     _____
Signature of Officer/Representative       Name of Petitioner

                                        _____
                                        Signature of Petitioner

Name of Trust: _____

(Verification must be by **at least one** petitioner.)

### Verification for Individual Petitioner

The undersigned hereby verifies that the averment of facts set forth in the foregoing Petition for Adjudication/Statement of Proposed Distribution which are within the personal knowledge of the Petitioner are true, and as to facts based on the information of others, the Petitioner, after diligent inquiry, believes them to be true; and that any false statements herein are made subject to the penalties of 18 Pa.C.S. § 4904 (relating to unsworn falsification to authorities).

_____      _____

Date           Signature of Petitioner

### Verification for Corporate Petitioner

The undersigned hereby verifies that *he/she* _____ is
*title* _____ of the above-named *name of corporation*
_____ and that the averment of
facts set forth in the foregoing Petition for Adjudication/Statement of Proposed Distribution which are within the personal knowledge of the Petitioner are true, and as to facts based on the information of others, the Petitioner, after diligent inquiry, believes them to be true; and that any false statements herein are made subject to the penalties of 18 Pa.C.S. § 4904 (relating to unsworn falsification to authorities).

_____      _____

Date           Signature of Representative for Corporate
                               Petitioner

### Certification of Counsel

The undersigned counsel hereby certifies that the foregoing Petition for Adjudication/ Statement of Proposed Distribution is a true and accurate reproduction of the form Petition authorized by the Supreme Court, and that no changes to the form have been made beyond the responses herein.

_____      _____

Date           Signature of Counsel for Petitioner

# GUARDIANSHIP OF INCAPACITATED PERSON

## COURT OF COMMON PLEAS OF

## ORPHANS' COURT DIVISION

ESTATE OF _____ , AN INCAPACITATED PERSON ,

ACCOUNT OF _____ GUARDIAN

No._____

## PETITION FOR ADJUDICATION /
## STATEMENT OF PROPOSED DISTRIBUTION
## PURSUANT TO Pa. O.C. Rule 2.4

*This form shall be used in all cases involving the Audit or Confirmation of the Account of a Guardian of the Estate of an incapacitated person. If space is insufficient, riders may be attached. Attach the papers required under items 2, 3, and 5, as applicable, and any additional decree or instrument pertinent to the adjudication.*

### *INCLUDE ATTACHMENTS AT THE BACK OF THIS FORM.*

Name of Counsel: _____

Supreme Court I.D. No.: _____

Name of Law Firm: _____

Address: _____

_____

Telephone: _____

Fax: _____

Email: _____

Estate of _____, An Incapacitated Person

1. Name(s) and address(es) of Petitioner(s):

    Petitioner:                          Petitioner:

    Name: _____    _____

    Address: _____    _____

    _____    _____

    Identify any Guardians of the Estate who have not joined in the Petition for Adjudication/Statement of Proposed Distribution and/or the Account and state reason:

2. Judicial District or County issuing Adjudication of Incapacity: _____

    Date of Adjudication of Incapacity: _____
    Date of Appointment as Guardian: _____
    Attach copy of Decree(s).

3. A. Explain the reason for filing this Account (if incapacitated person has died, state date of death, name and address of personal representative and of his or her counsel, and attach a Short Certificate if available. If incapacitated person has been adjudged to have regained capacity, state date of Decree and attach a copy. If Account is filed for any other reason, state address of incapacitated person):

    B. Is this the first accounting for this estate? ................. ☐ Yes ☐ No
        If not, identify prior accountings, the accounting periods covered, and the dates of adjudication of the prior accountings.

4. A. Identify each unpaid claim against the incapacitated person or the incapacitated person's estate and describe each in detail (if none, so state):

Estate of _____, An Incapacitated Person

B. Describe in detail any questions requiring adjudication and state the position of the Petitioner(s) as to each question:

C. If guardian or attorney fees are being claimed, state amount and the period covered for the requested fees:

5. Written Notice of the Account's filing as required by Pa. O.C. Rule 2.5 has been or will be given to all interested parties listed in item 6 below. In addition, notice of any known unpaid claim not admitted, all questions requiring adjudication and any requested fees as discussed in item 4 above has been or will be given to all persons affected thereby.

A. If Notice has been given, attach a copy of the Notice as well as a list of the names and addresses of the parties receiving such Notice.

B. If Notice is yet to be given, a copy of the Notice as well as a list of the names and addresses of the parties receiving such Notice shall be submitted at the Audit or filed before the date of the last day for filing objections in counties without separate Orphans' Court Divisions together with a statement executed by a Petitioner or counsel certifying that such Notice has been given.

C. If any such interested party is not *sui juris* (*e.g.*, minors or incapacitated persons), Notice of the Account's filing has been or will be given to the appropriate representative on such party's behalf as required by Pa. O.C. Rule 4.2.

Estate of _____, An Incapacitated Person

6. List all parties of whom Petitioner(s) has/have notice or knowledge, having or claiming any interest in the estate, including the incapacitated person's heirs at law. This list shall:
    A. State each party's relationship to the incapacitated person and the nature of each party's interest(s):

| Name and Address of Each Interested Party | Relationship and Comments, if any | Interest |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

    B. Identify each party who is not *sui juris* (*e.g.*, minors or incapacitated persons). For each such party, give date of birth, the name of each Guardian, and how each Guardian was appointed. If no Guardian has been appointed, identify the next of kin of such party, giving the name, address, and relationship of each.

    C. State why a Petition for Guardian/Trustee *Ad Litem* has or has not been filed *(see Pa. O.C. Rule 5.5)*.

7. If prescribed by local rule as permitted by Pa. O.C. Rule 2.9, is the Court being asked to direct the filing of a Schedule of Distribution? ☐ Yes ☐ No

Estate of _____, An Incapacitated Person

Wherefore, your Petitioner(s) ask(s) that distribution be awarded to the parties entitled and suggest(s) that the distributive shares of income and principal (residuary shares being stated in proportions, not amounts) are as follows:

A. Income:

*Proposed Distributee(s)*                    *Amount/Proportion*

_____        _____

_____        _____

B. Principal:

*Proposed Distributee(s)*                    *Amount/Proportion*

_____        _____

_____        _____

Submitted By:
(*All* petitioners *must* sign. Place additional signatures on attachment if necessary):

**Corporate Fiduciary (if applicable)**

_____        _____
Name of Corporate Fiduciary                Name of Petitioner

_____        _____
Name of Representative and Title            Signature of Petitioner

_____        _____
Signature of Officer/Representative         Name of Petitioner

                                        _____
                                        Signature of Petitioner

Estate of _____, An Incapacitated Person

(Verification must be by **at least one** petitioner.)

### Verification for Individual Petitioner

The undersigned hereby verifies that the averment of facts set forth in the foregoing Petition for Adjudication/Statement of Proposed Distribution which are within the personal knowledge of the Petitioner are true, and as to facts based on the information of others, the Petitioner, after diligent inquiry, believes them to be true; and that any false statements herein are made subject to the penalties of 18 Pa.C.S. § 4904 (relating to unsworn falsification to authorities).

_____         _____
Date                                Signature of Petitioner

### Verification for Corporate Petitioner

The undersigned hereby verifies that *he/she* _____ is
*title* _____ of the above-named *name of corporation* _____ and that the averment of facts set forth in the foregoing Petition for Adjudication/Statement of Proposed Distribution which are within the personal knowledge of the Petitioner are true, and as to facts based on the information of others, the Petitioner, after diligent inquiry, believes them to be true; and that any false statements herein are made subject to the penalties of 18 Pa.C.S. § 4904 (relating to unsworn falsification to authorities).

_____         _____
Date                                Signature of Representative for
                                    Corporate Petitioner

### Certification of Counsel

The undersigned counsel hereby certifies that the foregoing Petition for Adjudication/ Statement of Proposed Distribution is a true and accurate reproduction of the form Petition authorized by the Supreme Court, and that no changes to the form have been made beyond the responses herein.

_____         _____
Date                                Signature of Counsel for Petitioner

# GUARDIANSHIP OF MINOR

## COURT OF COMMON PLEAS OF

## ORPHANS' COURT DIVISION

ESTATE OF_____ , A MINOR

ACCOUNT OF _____ , GUARDIAN

No._____

## PETITION FOR ADJUDICATION /
## STATEMENT OF PROPOSED DISTRIBUTION
## PURSUANT TO Pa. O.C. Rule 2.4

*This form shall be used in all cases involving the Audit or Confirmation of the Account of a Guardian of the Estate of a minor or late minor. If space is insufficient, riders may be attached. Attach the papers required under items 2 and 5, as applicable, and any instrument pertinent to the adjudication.*

## *INCLUDE ATTACHMENTS AT THE BACK OF THIS FORM.*

Name of Counsel: _____

Supreme Court I.D. No.: _____

Name of Law Firm: _____

Address: _____

_____

Telephone: _____

Fax: _____

Email: _____

Estate of _____ , A Minor

1. Name(s) and address(es) of Petitioner(s):

   Petitioner:                          Petitioner:

   *Name:*  _____    _____

   *Address:*  _____    _____

           _____    _____

   Identify any Guardian of the Estate who has not joined in the Petition for Adjudication/Statement of Proposed Distribution and/or the Account and state reason:

2. Judicial District or County Appointing Guardian: _____

   Date of Appointment as Guardian: _____
   Attach copy of Decree(s).

3. A. Explain the reason for filing this Account (if minor has come of age, state date minor attained majority).

   B . Is this the first accounting for this estate? . . . . . . . . . . . . . . . ☐ Yes ☐ No
   If not, identify prior accountings, the accounting periods covered, and the dates of adjudication of the prior accountings.

4. A. Identify each unpaid claim against the minor or the minor's estate and describe in detail *(if none, so state)*:

Estate of _____ , A Minor

    B. Describe in detail any questions requiring adjudication and state the position of the Petitioner(s) as to each question:

    C. If guardian or attorney fees are being claimed, state amount and the period covered for the requested fees:

5. Written Notice of the Account's filing as required by Pa. O.C. Rule 2.5 has been or will be given to all interested parties listed in item 6 below. In addition, notice of any unpaid claim not admitted, all questions requiring adjudication, and any requested fees as discussed in item 4 above has been or will be given to all persons affected thereby.

    A. If Notice has been given, attach a copy of the Notice as well as a list of the names and addresses of the parties receiving such Notice.

    B. If Notice is yet to be given, a copy of the Notice as well as a list of the names and addresses of the parties receiving such Notice shall be submitted at the Audit or filed before the date of the last day for filing objections in counties without separate Orphans' Court Divisions together with a statement executed by a Petitioner or counsel certifying that such Notice has been given.

    C. If any such interested party is not *sui juris* (*e.g.*, minors or incapacitated persons), Notice of the Account's filing has been or will be given to the appropriate representative on such party's behalf as required by Pa. O.C. Rule 4.2.

Estate of _____, A Minor

6. List all parties of whom Petitioner(s) has/have notice or knowledge, having or claiming any interest in the estate, including the minor's heirs at law. This list shall:

    A. State each party's relationship to the minor and the nature of each party's interest(s):

| Name and Address of Each Interested Party | Relationship and Comments, if any | Interest |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

    B. Identify each party who is not *sui juris* (*e.g.*, minors or incapacitated persons). For each such party, give date of birth, the name of each Guardian, and how each Guardian was appointed. If no Guardian has been appointed, identify the next of kin of such party, giving the name, address, and relationship of each.

    C. State why a Petition for Guardian/Trustee *Ad Litem* has or has not been filed *(see Pa. O.C. Rule 5.5).*

7. If prescribed by local rule as permitted by Pa. O.C. Rule 2.9, is the Court being asked to direct the filing of a Schedule of Distribution? ☐ Yes ☐ No

Estate of _____ , A Minor

Wherefore, your Petitioner(s) ask(s) that distribution be awarded to the parties entitled and suggest(s) that the distributive shares of income and principal (residuary shares being stated in proportions, not amounts) are as follows:

A. Income:

*Proposed Distributee(s)*                                   *Amount/Proportion*

_____         _____

_____         _____


B. Principal:

*Proposed Distributee(s)*                                   *Amount/Proportion*

_____         _____

_____         _____


Submitted By:
*(**All** petitioners **must** sign. Place additional signatures on attachment if necessary):*

**Corporate Fiduciary (if applicable)**


_____         _____
Name of Corporate Fiduciary               Name of Petitioner


_____         _____
Name of Representative and Title          Signature of Petitioner


_____         _____
Signature of Officer/Representative       Name of Petitioner


                                          _____
                                          Signature of Petitioner

Estate of _____ , A Minor

(Verification must be by **at least one** petitioner.)

### Verification for Individual Petitioner

The undersigned hereby verifies that the averment of facts set forth in the foregoing Petition for Adjudication/Statement of Proposed Distribution which are within the personal knowledge of the Petitioner are true, and as to facts based on the information of others, the Petitioner, after diligent inquiry, believes them to be true; and that any false statements herein are made subject to the penalties of 18 Pa.C.S. § 4904 (relating to unsworn falsification to authorities).

_____        _____
Date                                      Signature of Petitioner

### Verification for Corporate Petitioner

The undersigned hereby verifies that *he/she*_____ is *title*
_____ of the above-named *name* of
*corporation* _____ and that the averment of facts set forth in the foregoing Petition for Adjudication/Statement of Proposed Distribution which are within the personal knowledge of the Petitioner are true, and as to facts based on the information of others, the Petitioner, after diligent inquiry, believes them to be true; and that any false statements herein are made subject to the penalties of 18 Pa.C.S. § 4904 (relating to unsworn falsification to authorities).

_____        _____
Date                                      Signature of Representative for Corporate
                                          Petitioner

### Certification of Counsel

The undersigned counsel hereby certifies that the foregoing Petition for Adjudication/ Statement of Proposed Distribution is a true and accurate reproduction of the form Petition authorized by the Supreme Court, and that no changes to the form have been made beyond the responses herein.

_____        _____
Date                                      Signature of Counsel for Petitioner

# PRINCIPAL'S ESTATE
## (Under Power of Attorney)

COURT OF COMMON PLEAS OF

ORPHANS' COURT DIVISION

ESTATE OF _____ , PRINCIPAL ,

ACCOUNT OF _____ AGENT(S) *

No._____

## PETITION FOR ADJUDICATION /
## STATEMENT OF PROPOSED DISTRIBUTION
## PURSUANT TO Pa. O.C. Rule 2.4

*This form shall be used in all cases involving the Audit or Confirmation of the Account of one or more Agents acting under a Power of Attorney. If space is insufficient, riders may be attached. Attach the papers required under items 3, 4, and 9, as applicable, and any instrument pertinent to the adjudication.*

## *INCLUDE ATTACHMENTS AT THE BACK OF THIS FORM.*

Name of Counsel:_____

Supreme Court I.D. No.: _____

Name of Law Firm: _____

Address:_____

_____

Telephone:_____

Fax:_____

Email: _____

* *The term "Agent" shall include any person designated as an "attorney-in-fact" or acting in a similar capacity by the Principal's delegation.*

Estate of _____ , Principal

1. Name(s) and address(es) of Petitioner(s):

   Petitioner:                          Petitioner:

   *Name:*    _____    _____

   *Address:* _____    _____

              _____    _____

   Name(s) and address(es) of Agent(s) (if not Petitioner(s)):

   Agent:                               Agent:

   *Name:*    _____    _____

   *Address:* _____    _____

              _____    _____

   Identify any Agents who have not joined in the Petition for Adjudication/
   Statement of Proposed Distribution and/or the Account and state reason:

2. Name and address of Principal (and, if applicable, of any Guardian appointed for Principal,
   of each personal representative for any Principal or Agent who has died, and of
   his or her counsel, identifying the capacity of each):

   Judicial District or County where Principal resides, or if Principal is deceased, where
   Letters were issued:_____

3. A. Date of Principal's Power of Attorney under which Agent(s) acted:

   B. Date Agent(s) first exercised control of Principal's assets under Power of Attorney:

   (Attach copy of each different Power of Attorney granted to Agent(s) by Principal and copy of any
   Decree involving Agent(s) for Principal).

Estate of _____ , Principal

4.  A.  Explain the reason for filing this Account (if Principal or Agent has died, state date of death, and attach a Short Certificate; if Principal has been incapacitated, state date of Decree, and attach a copy):

    B.  Is this the first accounting for this Principal's estate? . . . ☐ Yes  ☐ No

        If not, identify prior accountings, the accounting periods covered, and the dates of adjudication of the prior accountings.

5.  Describe all gifts/transfers for less than full and adequate consideration made under the Power of Attorney.  Identify each recipient's name, address, and relationship to Principal and/or Agent, amount of each gift/transfer, nature of each (cash or kind), and date made, with any additional explanation deemed appropriate (if none, so state):

6.  Identify every asset or interest (include title or registration and value) of Principal known to Petitioner(s) and not identified in Account, whether or not in possession or control of Petitioner(s) (if none known, so state):

Estate of _____ , Principal

7. Identify each existing safe deposit box of or for Principal and each one closed by Agent(s) *(if not applicable, so state)*:

| Institution & Address | Box No. | Title or Registration | Date Closed (if applicable) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

Are the entire contents of each safe deposit box identified in item 7 above included in the filed Account? ........................ ☐Yes ☐No

If not, explain:

8. A. Identify each known unpaid claim against Principal or Principal's estate and describe each in detail *(if none, so state)*:

B. Describe in detail any questions requiring adjudication and state the position of the Petitioner(s) as to each question:

Estate of _____, Principal

    C. If fees are being claimed by the Agent or an attorney, state amount and the period covered for the requested fees:

9. Written Notice of the Account's filing as required by Pa. O.C. Rule 2.5 has been or will be given to each interested party in the matter. In addition, notice of any unpaid claim not admitted, all questions requiring adjudication, and any requested fees as described in item 8 above has been or will be given to all parties affected thereby.

    A. If Notice has been given, attach a copy of the Notice as well as a list of the names and addresses of the parties receiving such Notice.

    B. If Notice is yet to be given, a copy of the Notice as well as a list of the names and addresses of the parties receiving such Notice shall be submitted at the Audit or filed before the date of the last day for filing objections in counties without separate Orphans' Court Divisions together with a statement executed by a Petitioner or counsel certifying that such Notice has been given.

    C. If any such interested party is not *sui juris* (*e.g.*, minors or incapacitated persons), Notice of the Account's filing has been or will be given to the appropriate representative on such party's behalf as required by Pa. O.C. Rule 4.2.

10. List all parties of whom Petitioner(s) has/have notice or knowledge, having or claiming any interest in the Principal's estate. This list shall:

    A. State each party's relationship to the Principal and the nature of each party's interest(s):

| Name and Address of Each Interested Party | Relationship & Comments, if any | Interest |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Estate of _____ , Principal

   B. Identify each party who is not *sui juris* (*e.g.*, minors or incapacitated persons). For each such party, give date of birth, the name of each Guardian, and how each Guardian was appointed. If no Guardian has been appointed, identify the next of kin of such party, giving the name, address, and relationship of each.

   C. State why a Petition for Guardian/Trustee *Ad Litem* has or has not been filed *(see Pa. O.C. Rule 5.5)*.

11. If prescribed by local rule as permitted by Pa. O.C. Rule 2.9, is the Court being asked to direct the filing of a Schedule of Distribution? ☐ Yes ☐ No

Estate of _____ , Principal

Wherefore, your Petitioner(s) ask(s) that distribution be awarded to the parties entitled and suggest(s) that the distributive shares of income and principal (residuary shares being stated in proportions, not amounts) are as follows:

A. Income:

*Proposed Distributee(s)*                                        *Amount/Proportion*

_____                     _____

_____                     _____

B. Principal:

*Proposed Distributee(s)*                                        *Amount/Proportion*

_____                     _____

_____                     _____

Submitted By:
*(**All** petitioners **must** sign.  Place additional signatures on attachment if necessary):*

**Corporate Fiduciary (if applicable)**

_____          _____
Name of Corporate Fiduciary                      Name of Petitioner

_____          _____
Name of Representative and Title                 Signature of Petitioner

_____          _____
Signature of Officer/Representative             Name of Petitioner

                                                                  _____
                                                                  Signature of Petitioner

Estate of _____ , Principal

(Verification must be by **at least one** petitioner.)

## Verification for Individual Petitioner

The undersigned hereby verifies that the averment of facts set forth in the foregoing Petition for Adjudication/Statement of Proposed Distribution which are within the personal knowledge of the Petitioner are true, and as to facts based on the information of others, the Petitioner, after diligent inquiry, believes them to be true; and that any false statements herein are made subject to the penalties of 18 Pa.C.S. § 4904 (relating to unsworn falsification to authorities).

_____        _____
Date                             Signature of Petitioner

## Verification for Corporate Petitioner

The undersigned hereby verifies that *he/she* _____ is
*title* _____ of the above-named
*name of corporation* _____ and that
the averment of facts set forth in the foregoing Petition for Adjudication/Statement of Proposed Distribution which are within the personal knowledge of the Petitioner are true, and as to facts based on the information of others, the Petitioner, after diligent inquiry, believes them to be true; and that any false statements herein are made subject to the penalties of 18 Pa.C.S. § 4904 (relating to unsworn falsification to authorities).

_____        _____
Date                             Signature of Representative for
                                 Corporate Petitioner

## Certification of Counsel

The undersigned counsel hereby certifies that the foregoing Petition for Adjudication/ Statement of Proposed Distribution is a true and accurate reproduction of the form Petition authorized by the Supreme Court, and that no changes to the form have been made beyond the responses herein.

_____        _____
Date                             Signature of Counsel for Petitioner

# OATH OF SUBSCRIBING WITNESS(ES)

## REGISTER OF WILLS

Estate of _____ , Deceased

_____ , (each) a subscribing witness to
*(Print Name/s)*

the ☐ Will ☐ Codicil(s) presented herewith, (each) being duly qualified according to law, depose(s)
and say(s) that   she / he / they   was / were   present and saw the above   Testator / Testatrix
sign the same and that   she / he / they   signed the same and that   she / he / they   signed as
a witness at the request of the Testator / Testatrix   in   her / his   presence and in the presence
of each other.

_____     _____
*(Signature)*                                           *(Signature)*

_____     _____
*(Street Address)*                                    *(Street Address)*

_____     _____
*(City, State, Zip)*                                   *(City, State, Zip)*

### Executed in Register's Office

Sworn to or affirmed and subscribed

before me this _____ day

of _____ , _____ .

### Executed out of Register's Office

Commonwealth of Pennsylvania          )
                                                            ) SS:
County of _____ )

Sworn to or affirmed and subscribed

before me this _____ day

of _____ , _____ .


_____     _____
Deputy for Register of Wills                  Notary Public
                                                        My Commission Expires: _____
                                                        (Signature and Seal of Notary or other official qualified to
                                                        administer oaths. Show date of expiration of Notary's
                                                        Commission.)

NOTE:    To be taken by Officer authorized to administer oaths. Please have present the original or copy of instrument(s) at time of notarization.

*Form RW-03   rev. 1.1.20*

# OATH OF NON-SUBSCRIBING WITNESS(ES)

## REGISTER OF WILLS

Estate of _____, Deceased

_____ and _____,
(each) being duly qualified according to law, depose(s) and say(s) that   she / he / they   was / were

well-acquainted with _____ and am/are

familiar with the handwriting and signature of the decedent, and that the signature of

_____ to the foregoing instrument purporting to be the Last Will and

Testament/Codicil of _____ is in his/her own proper handwriting.

_____
(Signature)

_____
(Street Address)

_____
(City, State, Zip)

_____
(Signature)

_____
(Street Address)

_____
(City, State, Zip)

### Executed in Register's Office

Sworn to or affirmed and subscribed

before me this_____ day

of_____, _____ .

_____
Deputy for Register of Wills

Form RW-04   rev. 1.1.20

### Executed out of Register's Office

Commonwealth of Pennsylvania          )
                                       ) SS:
County of_____               )

Sworn to or affirmed and subscribed before

me this _____ day of

_____ , _____.

_____
Notary Public
My Commission Expires:_____
(Signature and Seal of Notary or other official qualified to
administer oaths.  Show date of expiration of Notary's
Commission.)

# OATH OF WITNESS(ES) TO WILL EXECUTED BY MARK

## REGISTER OF WILLS

Estate of _____ , Deceased

_____ , _____ (each) a
*(Print Name/s)*

subscribing witness to the ☐ Will ☐ Codicil(s) presented herewith, (each) being duly qualified according to law, depose(s) and say(s) that: Testator / Testatrix was unable to sign his / her name thereto; Testator's / Testatrix' name was subscribed thereto in Testator's / Testatrix' presence; Testator / Testatrix made his / her mark thereon; Testator / Testatrix and deponent(s) were present when Testator's / Testatrix' name was subscribed and when Testator / Testatrix made his / her mark; and Testator / Testatrix was present when the undersigned signed the ☐ Will ☐ Codicil as witness(es).

_____           _____
*(Signature)*                             *(Signature)*

_____           _____
*(Street Address)*                        *(Street Address)*

_____           _____
*(City, State, Zip)*                      *(City, State, Zip)*

### Executed in Register's Office

Sworn to or affirmed and subscribed before me this _____ day of _____ , _____ .

_____
Deputy for Register of Wills

### Executed out of Register's Office

Commonwealth of Pennsylvania    )
                                 ) SS:
County of _____        )

Sworn to or affirmed and subscribed before me this _____ day of

_____ , _____ .

_____
Notary Public
My Commission Expires: _____
(Signature and Seal of Notary or other official qualified to administer oaths. Show date of expiration of Notary's Commission.)

*Form RW-05 rev. 1.1.20*

# RENUNCIATION

## REGISTER OF WILLS

Estate of _____ , Deceased

The undersigned, _____ , in the capacity/relationship as
_____*(Name or Corporate Name)*_____
_____ of the above Decedent, hereby renounces the right to
administer the Estate of the Decedent and, to the extent permitted by law pursuant to 20 Pa.C.S. §
3155, respectfully requests that Letters be issued to_____.

_____
*(Date)*

**Name of Corporate Fiduciary (if applicable)**

_____
Signature of Officer/Representative

_____
Title of Officer/Representative

_____
Address

_____

_____
Telephone

_____
Email

*Executed in Register's Office*

Sworn to or affirmed and subscribed
before me this _____ day
of _____ , _____.

_____
Deputy for Register of Wills

*Form RW-06   rev. 01.01.20*

_____
Name of Person

_____
Address

_____

_____
Telephone

_____
Email

_____
Signature of Person

*Executed out of Register's Office*
*Commonwealth of Pennsylvania*           )
                                                            ) SS:
*County of*_____           )
Before the undersigned personally
appeared the party executing this
renunciation and certified that he or she
executed the renunciation for the purposes

stated within on this _____ day of

_____ , _____.

_____
Notary Public
My Commission Expires: _____
(Signature and Seal of Notary or other official qualified to administer
oaths.  Show date of expiration of Notary's Commission.)

# <u>IMPORTANT NOTICE</u>

## NOTICE OF ESTATE ADMINISTRATION
## PURSUANT TO Pa. O.C. Rule 10.5

### <u>THIS NOTICE DOES NOT MEAN THAT YOU WILL RECEIVE ANY MONEY OR PROPERTY FROM THIS ESTATE OR OTHERWISE</u>

*Whether you will receive any money or property will be determined wholly or partly by the decedent's will. If the decedent died without a will, whether you will receive any money or property will be determined by the intestacy laws of Pennsylvania.*

BEFORE THE REGISTER OF WILLS.

IN RE: ESTATE OF_____ , Deceased

File Number_____

TO: _____ (Beneficiary)

_____ (Address)

Please take notice of the death of the Decedent and the grant of Letters to the personal representative(s) named below. The Decedent died on _____ , a resident of

The Decedent died: _____ ☐ testate (with a Will) or ☐ intestate (without a Will).

You may have a beneficial interest in the estate as follows:

(If additional space is needed, use separate sheet)

The name(s), address(es), and telephone number(s) of all personal representatives appointed are:

| NAME | ADDRESS | TELEPHONE |
|---|---|---|
| | | |
| | | |

If the Decedent died testate, the Will has been filed with the Office of the Register of Wills of
If the Decedent died intestate, a Petition for the Grant of Letters of Administration was filed with the Office of the Register of Wills of

The Register's address is _____,
and telephone number is _____ .

A copy of the Will or Petition may be obtained by contacting the Register of Wills and paying the charges for duplication.

Date _____    Capacity: ☐ Personal Representative  ☐ Counsel

**Corporate Fiduciary (if applicable)**

_____
Name of Corporate Fiduciary

_____
Name of Representative and Title

_____
Address

_____

_____
Telephone

_____
Email

_____
Signature of Officer/Representative

_____
Name of Person

_____
Address

_____

_____
Telephone

_____
Email

_____
Signature of Person

*Form RW-07 rev. 01.01.20*

# CERTIFICATION OF NOTICE UNDER Pa. O.C. Rule 10.5

## REGISTER OF WILLS

Name of Decedent: _____

Date of Death: _____ File Number: _____

Date Letters Granted: _____

To the Register:

I certify that Notice of Estate Administration required by Pa. O.C. Rule 10.5 of the Orphans'
Court Rules was served on or mailed to the following beneficiaries of the above-captioned
estate on _____ , _____ :

Name:                                      Address:

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

*(If more space is needed, attach separate sheet.)*

Notice has now been given to all persons entitled thereto under Pa. O.C. Rule 10.5 except:

_____

Date _____          Capacity: ☐ Personal Representative ☐ Counsel

**Corporate Fiduciary (if applicable)**

_____        _____
Name of Corporate Fiduciary          Name of Person

_____        _____
Name of Representative and Title     Address

_____        
Address

_____        _____
                                     Telephone

_____        
Telephone                            _____
                                     Email
_____
Email

_____        _____
Signature of Officer/Representative *Form*   Signature of Person

RW-08 rev. 01.01.20

# INVENTORY
## REGISTER OF WILLS OF

File Number _____

The undersigned, _____ , Personal
Representative(s) of the Estate of _____
deceased, depose(s) and say(s) that the items appearing in the following Inventory include all of the personal assets
wherever situated and all of the real estate in the Commonwealth of Pennsylvania of said Decedent, that the valuation
placed opposite each item of said Inventory represents its fair value as of the date of Decedent's death, and that
Decedent owned no real estate outside of the Commowealth of Pennsylvania except that which appears in a memorandum
at the end of this Inventory.

I verify that the statements
made in this Inventory are true
and correct. I understand that
false  statements herein are
made subject to the penalties
of  18 Pa.C.S. § 4904 relating
to unsworn falsification to
authorities.

}

**Corporate Fiduciary (if applicable)**

_____
Name of Corporate Fiduciary

_____
Name of Representative and Title

_____
Signature of Officer/Representative

_____
Signature of Personal Representative

_____
Signature of Personal Representative

Date _____

(Supreme Court I.D.#) _____

**Attorney – (Name)**

_____

(Name of Law Firm) _____

(Address) _____

_____

(Telephone)_____

(Email) _____

| DATE OF DEATH | LAST RESIDENCE | DECEDENT'S SOC. SEC. NO. |
|---|---|---|
| | | |

| FIGURES MUST BE TOTALED | |
|---|---|
| | |

*(Attach additional sheets as needed)*

| | TOTAL: | $0.00 |
|---|---|---|

NOTE: The Memorandum of real estate outside the Commonwealth of Pennsylvania may, at the election of the personal representative, include the
value of each item, but such figures should not be extended into the total of the Inventory. (See 20 Pa. C.S. § 3301(b))

Form RW-09  rev. 01.01.20

# Pa. O.C. Rule 10.6 STATUS REPORT

## REGISTER OF WILLS OF

Name of Decedent: _____

Date of Death: _____ File Number: _____

Pursuant to Pa. O.C. Rule 10.6, I report the following with respect to completion of the administration of the above-captioned estate:

1. State whether administration of the estate is complete: . . . . . . . . . . . . . . . ☐ Yes ☐ No

2. If the answer is No, state when the personal representative reasonably believes that the administration will be complete:

   _____

3. If the answer to No. 1 is YES, state the following:

   a. Did the personal representative file a final account with the Court? . . . . ☐ Yes ☐ No

   b. The separate Orphans' Court No. (if any) for the personal representative's account is:

   _____

   c. Did the personal representative state an account informally to the parties in interest? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☐ No

   d. Copies of receipts, releases, joinders, and approvals of formal or informal accounts may be filed with the Clerk of the Orphans' Court or may be attached to this report.

Date _____     Capacity: ☐ Personal Representative ☐ Counsel

**Corporate Fiduciary (if applicable)**

_____     _____
Name of Corporate Fiduciary            Name of Person

_____     _____
Name of Representative and Title        Address

_____
Address
                                       _____
_____     Telephone
Telephone
                                       _____
_____     Email
Email
                                       _____
_____     Signature of Person
Signature of Officer/Representative

*Form RW-10   rev. 01.01.20*